PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jose Perdomo           Cr.: 19-00263-001
                                                                                        PACTS #: 5372863

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/05/2020

Original Offense:   Count One: Snap Benefit Fraud, 7:2024(b)
                       Count Two: Engaging in a Monetary Transaction in Property Derived from Specified
                       Unlawful Activity, 18:1957(a) & 18:2

Original Sentence: 5 years' probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Support Dependents

Type of Supervision: Probation                                      Date Supervision Commenced: 03/05/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                      The individual under supervision has violated the special condition which states, **'The defendant shall make restitution in the amount of $4,881,735.52.'**

                      Mr. Perdomo has failed to consistently pay towards his restitution. Mr. Perdomo's last payment toward his restitution was on December 22, 2021. Mr. Perdomo has paid $1,091.45 towards his restitution.

U.S. Probation Officer Action:

On March 13, 2023, the undersigned reached out to Mr. Perdomo regarding his non-compliance in terms of his failure to pay towards his court ordered restitution. He claimed he did not know how to make payments, despite having previously done so. Mr. Perdomo was provided with two ways on how to pay his restitution. Mr. Perdomo was supervised on the low-intensity caseload but due to his non-compliance, he is now being transferred to a regular caseload. His supervision will be intensified and his compliance with

Prob 12A – page 2
Jose Perdomo

restitution payment will be scrutinized closely. The U.S. Probation Office is requesting that no formal Court action be taken at this time to allow Mr. Perdomo to make a payment towards his restitution. If Mr. Perdomo's non-compliance continues, the Court will be notified immediately.

Respectfully submitted,
SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Kelsey N. Immendorf
Probation Services Technician

/kni

APPROVED:

_____  3/22/23
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 22, 2023
Date